UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    GENARO GUTIERREZ CALIXTO,
                              Plaintiff,

            -against-

    M & M FRUIT INC., et al.,
                              Defendants.
------------------------------------------------------------X

22 Civ. 7471 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for November 2, 2022,

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the November 2, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  It is further

    **ORDERED**, that the parties' request for a stay of formal discovery pending settlement negotiations is **granted**.  The parties shall exchange informal discovery as described in their joint letter by **December 2, 2022**.  It is further

    **ORDERED**, regarding settlement discussions, that Plaintiff's counsel shall provide to Defendants' counsel a Damage Calculation by **December 20, 2022**.  The parties shall engage in direct settlement discussions and file a status letter on the progress of those discussions by **January 17, 2022**.  If and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.  It is further

**ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: October 26, 2022
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**