UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENARO GUTIERREZ CALIXTO,  :
                         Plaintiff,  :
                                            :          22 Civ. 7471 (LGS)
              -against-  :
                                            :             ORDER
M & M FRUIT INC., et al.,  :
                       Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 14, 2023, the Court was informed that the parties have reached a settlement agreement in principle.  It is hereby

       **ORDERED** that, by **April 5, 2023**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable.  *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*)*; *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).  It is further

       **ORDERED** that all conferences and trial are **CANCELED**.

Dated: March 15, 2023
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE