UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| GENARO GUTIERREZ CALIXTO (A/K/A RUBEN), *individually and on behalf of others similarly situated,* <br><br> *Plaintiff,* <br><br> -against- <br><br> M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI, <br><br> *Defendants.* | Civil Action No. **1:22-cv-07471** <br><br> **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

-----------------------------------------------------------------X

To:   Michael K. Chong, Esq.
**MKC Law Group LLC**
**Law Offices of Michael K. Chong, LLC**
**Fort Lee Office:**
2 Executive Drive, Suite 240, Fort Lee,
New Jersey 07024
*Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff GENARO GUTIERREZ CALIXTO (A/K/A RUBEN) hereby accepts the offer of judgment made by Defendants M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated April 3, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York
        April 5, 2023

                                        */s/Jarret Bodo*_____
                                        Jarret Bodo
                                        CSM LEGAL, P.C.
                                        60 East 42nd Street, Suite 4510
                                        New York, NY 10165
                                        (212) 317-1200
                                        *Attorneys for Plaintiff*