UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GENARO GUTIERREZ CALIXTO (A/K/A RUBEN),
*individually and on behalf of others similarly situated,*

                         *Plaintiff*,

            -against-

M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI,

                         *Defendants.*

-------------------------------------------------------------X

Civil Action No. **1:22-cv-07471 (LGS)**

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

    On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    That the Plaintiff, GENARO GUTIERREZ CALIXTO (A/K/A RUBEN), have judgment against M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI, jointly and severally, in the amount of Twenty-Nine Thousand Dollars and Zero Cents ($29,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE