UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GENARO GUTIERREZ CALIXTO (A/K/A RUBEN),
*individually and on behalf of others similarly situated,*

                        *Plaintiff,*

        -against-

M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI,

                        *Defendants.*

-----------------------------------------------------------------X

Civil Action No. **1:22-cv-07471**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:    Michael K. Chong, Esq.
        **MKC Law Group LLC**
        **Law Offices of Michael K. Chong, LLC**
        **Fort Lee Office:**
        2 Executive Drive, Suite 240, Fort Lee,
        New Jersey 07024
        *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff GENARO GUTIERREZ CALIXTO (A/K/A RUBEN) hereby accepts the offer of judgment made by Defendants M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated April 3, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York
         April 5, 2023

                                              /s/ Jarret Bodo
                                              Jarret Bodo
                                              CSM LEGAL, P.C.
                                              60 East 42nd Street, Suite 4510
                                              New York, NY 10165
                                              (212) 317-1200
                                              *Attorneys for Plaintiff*