**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

GENARO GUTIERREZ CALIXTO (A/K/A RUBEN),
*individually and on behalf of others similarly situated,*

Civil Action No. **1:22-cv-07471 (LGS)**

*Plaintiff*,

-against-

M & M FRUIT, INC. (D/B/A SUNRISE MARKET
PLACE), and BASHIR ALKANDI,

**[Proposed Form Of]**
**JUDGMENT**

*Defendants.*

------------------------------------------------------------------X

**JUDGMENT**

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, GENARO GUTIERREZ CALIXTO (A/K/A RUBEN), have judgment against M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI, jointly and severally, in the amount of Twenty-Nine Thousand Dollars and Zero Cents ($29,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE