UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GUTIÉRREZ CALIXTO,                                          :
                                    Plaintiff,              :
                                                            :   22 Civ. 7471 (LGS)
                -against-                                   :
                                                            :   ORDER
M & M FRUIT INC., et al.,                                   :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 6, 2023, required Plaintiff's counsel to file supporting evidence permitting this Court to approve the settlement as fair and reasonable consistent with the holding in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

WHEREAS, Plaintiff correctly notes that an offer of judgment made pursuant to Fed. R. Civ. P. 68(a) is not subject to the *Cheeks* fairness inquiry, which is "limited to Rule 41(a)(1)(A)(ii) dismissals with prejudice." *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 411 (2d Cir. 2019); *accord Morse v. Warren & Panzer Eng'rs, P.C.*, 2022 WL 16948554, at *2 (S.D.N.Y. Nov. 15, 2022). It is hereby

**ORDERED** the memo endorsement dated April 6, 2023 (Dkt. No. 32) is vacated. Judgment consistent with the parties' proposed Fed. R. Civ. P. 68 judgment will issue separately.

Dated: April 14, 2023
       New York, New York

                                                    *[signature]*
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE