UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GENARO GUTIERREZ CALIXTO (A/K/A RUBEN),
*individually and on behalf of others similarly situated,*

              *Plaintiff*,

     -against-

M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI,

              *Defendants.*

------------------------------------------------------------------X

Civil Action No. **1:22-cv-07471 (LGS)**

~~[Proposed Form Of]~~
**JUDGMENT**

## JUDGMENT

On April 6, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, GENARO GUTIERREZ CALIXTO (A/K/A RUBEN), have judgment against M & M FRUIT, INC. (D/B/A SUNRISE MARKET PLACE), and BASHIR ALKANDI, jointly and severally, in the amount of Twenty-Nine Thousand Dollars and Zero Cents ($29,000.00), which is inclusive of attorneys' fees and costs.

Dated: April 14, 2023
       New York, New York

                                                                                   LORNA G. SCHOFIELD
                                                                          UNITED STATES DISTRICT JUDGE